UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO. 4:10-CR-78-2H

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DANTE JAMERUS BRIGHT ) | |

UPON MOTION by the Defendant, Dante Jamerus Bright, and FOR GOOD CAUSE SHOWN, it is hereby ORDERED that Docket Entry Number 107 be sealed by this Court.

It is FURTHER ORDERED that a copy of the sealed Docket Entry Number 107 be disseminated to the United States Attorney's Office.

IT IS SO ORDERED.

This the 10th day of September, 2012.

Senior Judge Malcolm J. Howard
United States District Judge