IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CR-78-2H
No. 4:16-CV-117-H

DANTE JAMERUS BRIGHT,
    Petitioner,

v.

UNITED STATES OF AMERICA,
    Respondent.

**ORDER**

This matter was stayed pending the Supreme Court's resolution of United States v. Beckles, 137 S. Ct. 886 (2017). [DE #177]. Subsequent to the Supreme Court's resolution of Beckles, the government filed a motion to dismiss petitioner's motion to vacate. [DE #180]. The stay is hereby lifted.

In light of petitioner's pro se status, petitioner may respond to the government's motion to dismiss, [DE #180], within 45 days of the filing of this order. The clerk is directed to send a copy to petitioner of this order as well as government's motion to dismiss, [DE #180], and accompanying memorandum in support, [DE #181].

This 8th day of January 2019.

MALCOLM J. HOWARD
Senior United States District Judge

At Greenville, NC
#35